IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SGCI Holdings III LLC, TEGNA Inc., and CMG Media Corporation,<br>　　　　　　　　　Appellants,<br><br>　　　　v.<br><br>Federal Communications Commission,<br>　　　　　　　　　Appellee.<br>_____<br><br>In re SGCI Holdings III LLC, TEGNA Inc., and CMG Media Corporation,<br>　　　　　　　　　Petitioners. | No. 23-1083<br><br><br><br><br><br><br><br><br>No. 23-1084 |

**OPPOSITION TO EMERGENCY MOTION
TO EXPEDITE AND CONSOLIDATE**

The Federal Communications Commission respectfully opposes the emergency motion by SGCI Holdings III LLC, TEGNA Inc., and CMG Media Corporation (collectively, "the broadcasters") to consolidate the appeal filed in No. 23-1083 with the mandamus petition filed in No. 23-1084, and to expedite briefing of the appeal.[1]  There is no good reason for the Court to consolidate or expedite the appeal with the mandamus proceeding because the Court lacks jurisdiction over the appeal.

---

[1] As the broadcasters indicate in their motion (at 5), the Commission has agreed to expedited briefing in the mandamus proceeding in accordance with the schedule set forth at page 4 of the motion.

As we explain in greater detail in our motion to dismiss in No. 23-1083, the appeal should be dismissed for lack of jurisdiction for two reasons: (1) the order on appeal is a Media Bureau order, not a decision or order of the Commission within the meaning of 47 U.S.C. § 402(b); and (2) the order does not constitute final agency action because it does not rule on the broadcasters' license transfer applications; it simply refers public interest issues raised by those applications to an administrative law judge for further inquiry.

Given these jurisdictional deficiencies, the Court should deny the motion to consolidate as well as the motion to expedite review of the appeal. Instead, the Court should grant the Commission's motion to dismiss the appeal for lack of jurisdiction.

                Respectfully submitted,

                P. Michele Ellison
                General Counsel

                Jacob M. Lewis
                Deputy General Counsel

                /s/James M. Carr

                James M. Carr
                Scott M. Noveck
                Counsel

                Federal Communications Commission
                Washington, DC  20554
                (202) 417-1740

March 29, 2023

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains <u>235</u> words, *or*

    ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word in Office 365</u> in <u>14-point Times New Roman</u>, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

<em>/s/ James M. Carr</em>

James M. Carr
Counsel

Federal Communications Commission
Washington, D.C.  20554
(202) 418-1740

## CERTIFICATE OF FILING AND SERVICE

I, James M. Carr, hereby certify that on March 29, 2023, I filed the foregoing Opposition to Emergency Motion to Expedite and Consolidate with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ James M. Carr*

James M. Carr
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740