# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1083** | **September Term, 2022** |
| | **FCC-22-162** |
| | **Filed On: March 29, 2023** |

SGCI Holdings III LLC, et al.,

      Appellants

    v.

Federal Communications Commission,

      Appellee

------------------------------

Common Cause, et al.,
      Intervenors

    **BEFORE:**    Pillard and Childs, Circuit Judges

### O R D E R

Upon consideration of the motion to dismiss, it is

**ORDERED**, on the court's own motion, that appellants file a response to the motion by 12:00 noon on Thursday, March 30, 2023. The parties are directed to hand-deliver the paper copies of their submissions to the court by the time and date due.

### Per Curiam

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Scott H. Atchue
           Deputy Clerk