# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1083**  **September Term, 2022**

**FCC-22-162**

**Filed On:** April 3, 2023

SGCI Holdings III LLC, et al.,

      Appellants

   v.

Federal Communications Commission,

      Appellee

------------------------------

Common Cause, et al.,
      Intervenors


**No. 23-1084**


In re: SGCI Holdings III LLC, et al.,

      Petitioners


    **BEFORE:**    Pillard, Childs, and Pan, Circuit Judges

### O R D E R

    Upon consideration of the emergency motion to expedite and consolidate, the responses thereto, and the reply; the motion to dismiss in No. 23-1083 and the response thereto; and the motion for leave to file an amicus curiae brief, it is

    **ORDERED** that the motion to dismiss be granted. An appeal "filed after a bureau decision but before resolution by the full Commission is subject to dismissal as incurably premature." Int'l Telecard Ass'n v. FCC, 166 F.3d 387, 388 (D.C. Cir. 1999) (per curiam). It is

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1083**                                   **September Term, 2022**

**FURTHER ORDERED** that the motion to consolidate be dismissed as moot.  It is

**FURTHER ORDERED** that the National Association of Broadcasters' motion for leave to file an amicus curiae brief be granted.  The Clerk is directed to file the lodged corrected brief.  It is

**FURTHER ORDERED**, on the court's own motion, that respondent Federal Communications Commission file a response to the mandamus petition as provided below.  It is

**FURTHER ORDERED** that the mandamus petition be expedited.  The following remaining briefing schedule and format will apply:

| | |
|---|---|
| Respondent's Response (not to exceed 7,800 words) | 4:00 p.m., April 11, 2023 |
| Intervenors' Response (not to exceed 5,460 words) | 4:00 p.m., April 11, 2023 |
| Petitioners' Reply (not to exceed 3,900 words) | 4:00 p.m., April 14, 2023 |

The parties are directed to hand deliver the paper copies of their submissions to the Clerk's office by 4:00 p.m. on the dates due.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk